**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

**No. 97-60522**
**Summary Calendar**
_____

**WILLIE M. MCCRORY,**

**Plaintiff-Appellant,**

**versus**

**WAL-MART STORES, INC.,**

**Defendant-Appellee.**

_____

Appeal from the United States District Court
for the Southern District of Mississippi
(1:96-CV-347-GR)
_____

June 9, 1998

Before JONES, SMITH, and STEWART, Circuit Judges.

PER CURIAM:[*]

        Based on a review of the briefs, arguments and pertinent

portions of the record, we find no reversible error in the trial

court's summary judgment analysis.  The judgment is affirmed for

essentially the same reasons contained in the district court's

thorough opinion.

_____

        [*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

**AFFIRMED.**